# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 382 |
| | : | |
| ORDER AMENDING RULES | : | MAGISTERIAL RULES DOCKET |
| 801-816, 818 AND 820, AND | : | |
| RESCINDING RULE 817 OF THE | : | |
| PENNSYLVANIA RULES OF CIVIL | : | |
| PROCEDURE GOVERNING | : | |
| ACTIONS AND PROCEEDINGS | : | |
| BEFORE MAGISTERIAL | : | |
| DISTRICT JUDGES | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of March, 2015, upon the recommendation of the Minor Court Rules Committee; the proposal having been published for public comment at 44 Pa.B. 4477 (July 19, 2014):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 801-816, 818 and 820 of the Pennsylvania Rules of Civil Procedure Governing Actions and Proceedings before Magisterial District Judges are amended in the attached form, and Rule 817 of the Pennsylvania Rules of Civil Procedure Governing Actions and Proceedings before Magisterial District Judges is rescinded.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective April 12, 2015.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.